United States District Court
Southern District of Texas
**ENTERED**
March 15, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH E. KIGGUNDU, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:18-CV-1455 |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR CWALT 2006-35CB *and* BAYVIEW LOAN SERVICING, LLC, | § § § § § § § § | |
| Defendants. | § | |

## ORDER OF SANCTIONS AND PRECLUSION

In accordance with the Court's Order granting in part Defendants Bank of New York Mellon formerly known as The Bank of New York, as Trustee for CWALT 2006-35CB and Bayview Loan Servicing, LLC's Motion for Sanctions, the Court hereby

**ORDERS** that Plaintiff Joseph E. Kiggundu ("Kiggundu") is hereby **ENJOINED** from henceforth filing any pleading in the Southern District of Texas without advance written permission from the Chief Judge of the Southern District of Texas. Any new motions, complaints, or actions which Kiggundu seeks to file in this Court will not be docketed until the Chief Judge of the United States District

Court for the Southern District of Texas grants Kiggundu written leave to file; any new motion, complaint, or action which Kiggundu seeks to file in this Court shall be accompanied by a Motion for Leave to File Complaint/Motion. The Clerk of this Court shall forward such action and motion to the Chief Judge of the United States District Court for the Southern District of Texas for submission of the motion.

Failure of Kiggundu to comply with this Order or to continue to file any vexatious or frivolous complaints, motions, or actions raising similar issues addressed in the above-referenced Order may result in the imposition of monetary sanctions and/or an order of contempt of court.

SIGNED at Houston, Texas, on this _14_ day of March, 2019.

_____
DAVID HITTNER
United States District Judge